UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
3/26/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

LUTHER L. COREY

CASE NO.   3:08-cr-104-J-16HTS
Ct. 1:      29 U.S.C. § 501(c)
Forfeiture: 18 U.S.C. § 981(a)(1)(C) &
            28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about January, 2004, through on or about April 18, 2005, at Jacksonville, in the Middle District of Florida, the Defendant, LUTHER L. COREY, while an officer, that is, the president, of Amalgamated Transit Union, Local Division No. 1197, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, property, and other assets of said labor organization in the approximate amount of $17,000.00.

All in violation of Title 29, United states Code, Section 501(c).

### FORFEITURES

1.   The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant

**LUTHER L. COREY**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

3. If any of the property described in paragraph Two, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Acting Chief, Jacksonville Division

3

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

LUTHER L. COREY

## INDICTMENT

Violations:

29 U.S.C. § 501(c)

A true bill,

_____
Foreperson

Filed in open court this 26th day

of March, A.D. 2008.

_____
Clerk

Bail $_____

GPO 863 525

Revised 05 03 2007